

## S. MITNICK LAW, PC

Steven J. Mitnick, Attorney at Law ▪ smitnick@sm-lawpc.com
Marc D. Miceli, Of counsel ▪ mmiceli@sm-lawpc.com
P.O. Box 530 ▪ 49 Old Turnpike Road ▪ Oldwick, NJ 08858
P: 908.572.7275 ▪ F: 908.572-7271
*sm-lawpc.com*

June 17, 2026

**Via ECF**
Magistrate Judge Jose R. Almonte
United States District Court for the District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

> **Re:    Steven Mitnick, as Assignee fboc Omnia et al. v. United Healthcare Services Inc.**
> **Civil Action No. 2:25-cv-17951-EP-JRA**

Dear Judge Almonte:

This firm represents the Plaintiff in connection with the above-referenced matter. Please accept this joint letter in response to the Court's Text Order to advise the Court as to a mediator's name and address by no later than June 17, 2026.

I have conferred with Amanda Genovese, Esq., attorney for the Defendant, and the parties have agreed to allow the Court to use its discretion in the appointment of the mediator. The Parties have also agreed, subject to the Court's approval, to allow their respective clients to appear via Zoom at the Court scheduled mediation.

We thank the Court for its time and attention in this matter.

Respectfully submitted,

*/s/Marc D. Miceli*
Marc D. Miceli

MDM/sb
Cc:  Amanda L Genovese, Esq.
     Steven Mitnick, Esq.