**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| STEVEN MITNICK, AS ASSIGNEE FOR THE BENEFIT OF CREDITORS OF OMNIA DIAGNOSTIC HOLDING LLC; OMNIA DIAGNOSTIC SERVICES, LLC; MAVERICK DIAGNOSTOC SERVICES, LLC AND MAVERICK LABS, LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED HEALTHCARE SERVICES, INC.,<br><br>        Defendant. | Civil Action No.<br><br>2:25-cv-17951 (EP) (JRA)<br><br><br>**MEDIATION REFERRAL ORDER** |

**THIS MATTER** having come before the Court by way of the parties' joint letter dated June 17, 2026 (Dkt. No. 23); and the parties having requested the appointment of a mediator; and for good cause shown,

**IT IS** on this day, July 1, 2026, **ORDERED** that:

1. The parties are referred to private mediation before the Hon. Noel L. Hillman.

2. The Hon. Noel L. Hillman may be contacted at:

   > FBT Gibbons LLP
   > Newark, NJ 07102
   > Direct +1 215.446.6215
   > Email: nhillman@fbtgibbons.com

3. The parties shall complete mediation on or before **September 18, 2026**.

4. The Court requires that mediation take place in-person with counsel and clients with full settlement authority present. Videoconferencing will not suffice, absent a showing of good cause.

5. No later than **September 25, 2026**, the parties shall file a joint letter informing the Court whether this matter has been resolved.

HON. JOSÉ R. ALMONTE
UNITED STATES MAGISTRATE JUDGE